IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LENORIS DRUMWRIGHT,

      Appellant,

v.

                                     Case No.  5D22-510
                                     LT Case No. 2006-CF-006077-A-O

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 5, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Lenoris Drumwright, Crestview, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.